Case 3:14-cv-03337-JST   Document 32   Filed 10/05/15   Page 1 of 3

**Chambers Copy**

```
 1  KAMALA D. HARRIS
    Attorney General of California
 2  WILLIAM C. KWONG
    Supervising Deputy Attorney General
 3  ALICIA A. BOWER
    Deputy Attorney General
 4  State Bar No. 287799
     455 Golden Gate Avenue, Suite 11000
 5   San Francisco, CA  94102-7004
     Telephone: (415) 703-4285
 6   Facsimile:  (415) 703-5843
     E-mail: Alicia.Bower@doj.ca.gov
 7  Attorneys for Defendants Sadighi and Goodman
```

**FILED**

**OCT 05 2015**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAYVONE LARRY SMITH,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>S. SADIGHI, et.al.,<br><br>　　　　　　　　　　　Defendants. | Case No. C 14-03337 JST (PR)<br><br>STIPULATION REGARDING SECOND AMENDED COMPLAINT AND MODIFICATION OF BRIEFING SCHEDULE;<br><br>[PROPOSED] ORDER<br><br>Judge: Hon. Jon S. Tigar<br>Trial Date:  Not set<br>Action Filed:  July 23, 2014 |

1

Stip. Regarding Am. Compl. & Mod. Briefing Schedule; [Proposed] Order (C 14-03337 JST (PR))

On September 22, 2015, Plaintiff Trayvone Smith and Defendants Sadighi and Goodman, through their counsel of record, discussed certain discrepancies with respect to Smith's amended complaint (ECF No. 9). In the interests of judicial economy and to conserve the parties and the Court's resources, the parties stipulate as follows:

1. Smith's operative amended complaint (ECF No. 9) is defective because it attributes certain events to incorrect parties. Specifically, the amended complaint mistakenly alleges conduct by Defendant Sadighi that should be alleged with respect to Defendant Traylor.

2. Smith will file a Second Amended Complaint naming the correct parties within three weeks from the execution of the present stipulation.

3. The parties jointly request that the Court screen Smith's Second Amended Complaint under 28 U.S.C. § 1915A and set a new briefing schedule for Defendants' dispositive motion deadline based on the Court's order of service regarding the Second Amended Complaint.

IT IS SO STIPULATED.

Dated: 9/29/15

Trayvone Larry Smith
Plaintiff in *pro per*

Dated: 9-24-15

Alicia A. Bower
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendants Sadighi and Goodman*

2

Stip. Regarding Am. Compl. & Mod. Briefing Schedule; [Proposed] Order (C 14-03337 JST (PR))

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, Plaintiff Trayvone Smith shall file a Second Amended Complaint within three weeks of the execution of the parties' stipulation.

Additionally, pursuant to the joint request of the parties, Smith's Second Amended Complaint will be screened under 28 U.S.C. § 1915A, and a new briefing schedule for Defendants' dispositive motion deadline will be set in the Court's order of service regarding the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: 10/5/15

HON. JON S. TIGAR
United States District Judge

SF2015401070
41375353.doc

3

Stip. Regarding Am. Compl. & Mod. Briefing Schedule; [Proposed] Order (C 14-03337 JST (PR))