KAMALA D. HARRIS
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
ALICIA A. BOWER
Deputy Attorney General
State Bar No. 287799
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-4285
 Facsimile:  (415) 703-5843
Attorneys for Defendants Sadighi and Goodman

Chambers Copy

FILED
OCT 05 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAYVONE LARRY SMITH,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>S. SADIGHI, et.al.,<br><br>　　　　　　　　　Defendants. | Case No. C 14-03337 JST (PR)<br><br>STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT SADIGHI (Fed. R. Civ. P. 41(a)(1)(A)(ii));<br><br>[PROPOSED] ORDER<br><br>Judge:　　　Hon. Jon S. Tigar<br>Trial Date:　Not Set<br>Action Filed: July 23, 2014 |

1

Plaintiff Trayvone Larry Smith and Defendant Sadighi have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action against Defendant Sadighi, with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

IT IS SO STIPULATED.

Dated: 9/29/15

Trayvone Larry Smith
Plaintiff in *pro per*

Dated: 9-28-15

Alicia A. Bower
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendants Sadighi and Goodman*

### [PROPOSED] ORDER

In accordance with the parties' stipulation, Plaintiff Smith's action against Defendant Sadighi is dismissed with prejudice.

IT IS SO ORDERED.

Dated: 10/5/15

HON. JON S. TIGAR
United States District Judge

SF2015401070
41381720.doc